

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00686-CV

**FLAGSHIP HOMES, LTD.** d/b/a Prestige Homes,
Appellant

v.

Mark **HART** and Angelica Hart,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04333
Honorable Renée Yanta, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

We further ORDER all costs of the appeal assessed against appellant Flagship Homes, Ltd. d/b/a Prestige Homes.

SIGNED November 25, 2015.

_____
Luz Elena D. Chapa, Justice